UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>12TH & 13TH WEBSTER STREET, LLC,<br><br>    Defendant. | Case No. 21-cv-03549-AGT<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 30 |

  Plaintiff's evidence isn't uncontroverted but at this stage it does "establish a prima facie case of jurisdiction." *ActiveVideo Networks, Inc. v. Trans Video Elecs., Ltd.*, 975 F. Supp. 2d 1083, 1086 (N.D. Cal. 2013). Defendant's motion for judgment on the pleadings is denied, without prejudice to defendant renewing, after discovery, the argument that plaintiff lacks Article III standing. The Court will continue to exercise supplemental jurisdiction over plaintiff's Unruh Act claim and overrules defendant's objections to Marilyn Robles's declaration.

  **IT IS SO ORDERED.**

Dated: August 9, 2022

Alex G. Tse
United States Magistrate Judge